AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-CV-01202-JAM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* DIGITAL FEDERAL CREDIT UNION was received by me on *(date)* Sep 13, 2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paula Signor, Facilities , who is designated by law to accept service of process on behalf of *(name of organization)* DIGITAL FEDERAL CREDIT UNION, 220 DONALD LYNCH BLVD, MARLBOROUGH, MA 01752 on *(date)* Wed, Sep 13 2023 @ 4:20 P.M.; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ .

I declare under penalty of perjury that this information is true.

Date: September 14, 2023

_____
*Server's signature*

SHAWN FOGARTY Process Server and Disinterested Person

*Printed name and title*

92 State Street 8th Floor, Boston, MA 02109

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 13, 2023, 4:20 pm EDT at 220 DONALD J LYNCH BLVD, MARLBOROUGH, MA 01752-4708 received by Paula Signor, Facilities .

**Documents Served:** SUMMONS IN A CIVIL CASE; MOTION FOR ORDER; CLAIM; NOTICE OF ASSIGNMENT (EXHIBIT A); EXHIBIT B; and EXHIBIT C.