UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ARELS PATUSHI
    Plaintiff

v.   3:23CV1202(JAM)

DIGITAL FEDERAL CREDIT UNION
    Defendant

## J U D G M E N T

This matter came on before the Honorable Jeffrey Alker Meyer, United States District Judge, as a result of defendant's Motion to Dismiss.

The Court has reviewed all of the papers filed in conjunction with the Motion, and on June 26, 2024, entered an Order granting defendant Digital Federal Credit Union's Motion to Dismiss, dismissing plaintiff, Arels Patushi's claims.

Therefore, it is ORDERED, ADJUDGED, and DECREED that judgment is entered for the defendant, and against the plaintiff, in accordance with the Court's Order, and the case is closed.

Dated at New Haven, Connecticut, this 1st day of July 2024.

                                      Dinah Milton Kinney, Clerk

                                      By    /s/ Diahann Lewis
                                                  Deputy Clerk

Entered on Docket 7/1/2024